# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RICKEY EVANS

VERSUS

JAMES M. LEBLANC, SECRETARY
OF LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.  2023 CW 0736

**SEPTEMBER 11, 2023**

---

In Re:    Rickey Evans, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 728510.

---

**BEFORE:   THERIOT, PENZATO, AND GREENE, JJ.**

    **WRIT GRANTED WITH ORDER.**  The trial court's June 20, 2023
judgment that dismissed Rickey Evans's action is a final,
appealable judgment.  La. R.S. 15:1177.  The writ is granted for
the limited purpose of remanding this matter to the trial court
with instructions to grant Mr. Evans an appeal pursuant to his
notice of intent to apply for writ of review.  <u>See</u> **In Re Howard**,
541 So.2d 195, 197 (La. 1989) (*per curiam*).  In the event
relator seeks to appeal the trial court's judgment, he shall
submit an order for appeal to the trial court on or before
October 11, 2023.  Additionally, a copy of this court's order is
to be included in the appellate record.

               **MRT**
               **AHP**
               **HG**

COURT OF APPEAL, FIRST CIRCUIT



_____
DEPUTY CLERK OF COURT
    FOR THE COURT